No. 05–7167. VAZQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–7169. ORNELAS, AKA TORRES-ORNELAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7170. WELLINGTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–7174. BENNETT v. BLEDSOE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–7175. AUSTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7176. PRICE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7179. LEPSEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–7181. STIGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7182. PRIMES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7184. WEST v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 05–7187. PENDERGRAFT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7188. BARRON-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7190. ARMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7191. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7192. VALLES-DE ROMERO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7194. WILTSE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.